## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| ELEANOR BACHMAN, Individually and | ) | |
| On Behalf of All Others Similarly Situated, and | ) | |
| KAROL B. MCCLINTOCK and | ) | |
| KAROL B. MCCLINTOCK, IRA, Individually | ) | |
| and On Behalf of All Others Similarly Situated, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **Cause No. 4:09-cv-00057** |
| | ) | |
| A.G. EDWARDS, INC. and | ) | |
| A.G. EDWARDS & SONS, INC., | ) | |
| | ) | |
| **Defendants.** | ) | |

### DEFENDANTS' MOTION FOR JUDGMENT DISMISSING THE CLASS ACTION PURSUANT TO SLUSA

Pursuant to Federal Rule of Civil Procedure 12(c) or, in the alternative, Federal Rule of Civil Procedure 56, Defendants A.G. Edwards, Inc. and A.G. Edwards & Sons, Inc. (collectively, "Defendants"), by and through their attorneys, for the reasons stated in the Memorandum of Law in support of this motion that is submitted herewith, hereby move that this Court dismiss Plaintiffs' lawsuit pursuant to the Securities Litigation Uniform Standards Act of 1998 ("SLUSA").

WHEREFORE, Defendants respectfully request that this Court grant Defendants' Motion Motion for Judgment Dismissing the Class Action Pursuant to SLUSA.

DATED this 16th day of January, 2009.

SLD-1481097

Respectfully submitted,

**HUSCH BLACKWELL SANDERS LLP**


By: /s/ Jeffrey J. Kalinowski
Jeffrey J. Kalinowski, #3510
Richard H. Kuhlman, #47509
Adam S. Hochschild, #498790
720 Olive Street, 24th Floor
St. Louis, MO 63101
(314) 345-6000 (Tel)
(314) 345-6060 (Fax)
E-mail: jeff.kalinowski@huschblackwell.com

Attorneys for Defendants


Of Counsel:

**MORGAN, LEWIS & BOCKIUS LLP**
Kevin T. Rover
Brian A. Herman
101 Park Avenue
New York, NY 10178
(212) 309-6000 (Tel.)
(212) 309-6001 (Fax)

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 16th day of January, 2009, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Robert D. Blitz
Blitz, Bardgett & Deutsch, LC
120 South Central Ave.
Suite 750
St. Louis, MO 63105
*Counsel for Plaintiffs*

/s/ Jeffrey J. Kalinowski

SLD-1481097                                     3