**Kalinowski**<br>**Declaration Exhibit H**

| Year | Revenue Sharing |
|---|---|
| 2000 (last 6 mo) | 39,504,567 |
| 2001 | 58,505,770 |
| 2002 | 52,234,012 |
| 2003 | 45,304,117 |
| 2004 | 39,819,786 |
| 2005 (Jan- April) | 17,424,409 |
| | 252,792,661 |

**)00(last 6 mos) Revenue Sharing**

| Year | Revenue Sharing | Simple Interest 9% | Total |
|---|---|---|---|
| 2000 (last 6 mo) | 39,504,567 | 1,777,706 | 41,282,273 |
| 2001 | 39,504,567 | 3,555,411 | 43,059,978 |
| 2002 | 39,504,567 | 3,555,411 | 43,059,978 |
| 2003 | 39,504,567 | 3,555,411 | 43,059,978 |
| 2004 | 39,504,567 | 3,555,411 | 43,059,978 |
| 2005 (Jan- April) | 39,504,567 | 1,185,137 | 40,689,704 |
| May 2005- April 2006 | 39,504,567 | 3,555,411 | 43,059,978 |
| May 2006- April 2007 | 39,504,567 | 3,555,411 | 43,059,978 |
| May 2007- April 2008 | 39,504,567 | 3,555,411 | 43,059,978 |
| May 2008- April 2009 | 39,504,567 | 3,555,411 | 43,059,978 |
| | | 31,406,131 | |

**2001 Revenue Sharing**

| Year | Revenue Sharing | Simple Interest 9% | Total |
|---|---|---|---|
| 2001 | 58,505,770 | 5,265,519 | 63,771,289 |
| 2002 | 58,505,770 | 5,265,519 | 63,771,289 |
| 2003 | 58,505,770 | 5,265,519 | 63,771,289 |
| 2004 | 58,505,770 | 5,265,519 | 63,771,289 |
| 2005 (Jan- April) | 58,505,770 | 1,755,173 | 60,260,943 |
| May 2005- April 2006 | 58,505,770 | 5,265,519 | 63,771,289 |
| May 2006- April 2007 | 58,505,770 | 5,265,519 | 63,771,289 |
| May 2007- April 2008 | 58,505,770 | 5,265,519 | 63,771,289 |
| May 2008- April 2009 | 58,505,770 | 5,265,519 | 63,771,289 |
| | | 43,879,328 | |


DEFENDANT'S EXHIBIT G
DARLA D. THOMPSON
CCR, RPR, IL CSR

**2002 Revenue Sharing**

| Year | Revenue Sharing | Simple Interest 9% | Total |
|---|---|---|---|
| 2002 | 52,234,012 | 4,701,061 | 56,935,073 |
| 2003 | 52,234,012 | 4,701,061 | 56,935,073 |
| 2004 | 52,234,012 | 4,701,061 | 56,935,073 |
| 2005 (Jan- April) | 52,234,012 | 1,567,020 | 53,801,032 |
| May 2005- April 2006 | 52,234,012 | 4,701,061 | 56,935,073 |
| May 2006- April 2007 | 52,234,012 | 4,701,061 | 56,935,073 |
| May 2007- April 2008 | 52,234,012 | 4,701,061 | 56,935,073 |
| May 2008- April 2009 | 52,234,012 | 4,701,061 | 56,935,073 |
| | | 34,474,448 | |

**2003 Revenue Sharing**

| Year | Revenue Sharing | Simple Interest 9% | Total |
|---|---|---|---|
| 2003 | 45,304,117 | 4,077,371 | 49,381,488 |
| 2004 | 45,304,117 | 4,077,371 | 49,381,488 |
| 2005 (Jan- April) | 45,304,117 | 1,359,124 | 46,663,241 |
| May 2005- April 2006 | 45,304,117 | 4,077,371 | 49,381,488 |
| May 2006- April 2007 | 45,304,117 | 4,077,371 | 49,381,488 |
| May 2007- April 2008 | 45,304,117 | 4,077,371 | 49,381,488 |
| May 2008- April 2009 | 45,304,117 | 4,077,371 | 49,381,488 |
| | | 25,823,347 | |

**2004 Revenue Sharing**

| Year | Revenue Sharing | Simple Interest 9% | Total |
|---|---|---|---|
| 2004 | 39,819,786 | 3,583,781 | 43,403,567 |
| 2005 (Jan- April) | 39,819,786 | 1,194,594 | 41,014,380 |
| May 2005- April 2006 | 39,819,786 | 3,583,781 | 43,403,567 |
| May 2006- April 2007 | 39,819,786 | 3,583,781 | 43,403,567 |
| May 2007- April 2008 | 39,819,786 | 3,583,781 | 43,403,567 |
| May 2008- April 2009 | 39,819,786 | 3,583,781 | 43,403,567 |
| | | 19,113,497 | |

**2005 (Jan- April) Revenue Sharing**

| Year | Revenue Sharing | Simple Interest 9% | Total |
|---|---|---|---|
| 2005 (Jan- April) | 17,424,409 | 522,732 | 17,947,141 |
| May 2005- April 2006 | 17,424,409 | 1,568,197 | 18,992,606 |
| May 2006- April 2007 | 17,424,409 | 1,568,197 | 18,992,606 |
| May 2007- April 2008 | 17,424,409 | 1,568,197 | 18,992,606 |
| May 2008- April 2009 | 17,424,409 | 1,568,197 | 18,992,606 |
| | | 6,795,520 | |

**Total Interest**       **161,492,270**

| Year | Revenue Sharing |
|---|---|
| 2000 (last 6 mo) | 39,504,567 |
| 2001 | 58,505,770 |
| 2002 | 52,234,012 |
| 2003 | 45,304,117 |
| 2004 | 39,819,786 |
| 2005 (Jan- April) | 17,424,409 |
| | 252,792,661 |

**00(last 6 mos) Revenue Sharing**

| Year | Revenue Sharing | Cumulative Total | Riskless Rate | Interest |
|---|---|---|---|---|
| 2000 (last 6 mo) | 39,504,567 | - | 5.6% | 1,106,128 |
| 2001 | 39,504,567 | 40,610,695 | 5.8% | 2,355,420 |
| 2002 | 39,504,567 | 42,966,115 | 4.8% | 2,062,374 |
| 2003 | 39,504,567 | 45,028,489 | 5.1% | 2,296,453 |
| 2004 | 39,504,567 | 47,324,942 | 4.8% | 2,271,597 |
| 2005 (Jan- April) | 39,504,567 | 49,596,539 | 4.6% | 760,480 |
| May 2005- April 2006 | 39,504,567 | 50,357,019 | 9.0% | 4,532,132 |
| May 2006- April 2007 | 39,504,567 | 50,357,019 | 9.0% | 4,532,132 |
| May 2007- April 2008 | 39,504,567 | 50,357,019 | 9.0% | 4,532,132 |
| May 2008- April 2009 | 39,504,567 | 50,357,019 | 9.0% | 4,532,132 |
| | | | | 28,980,979 |

**2001 Revenue Sharing**

| Year | Revenue Sharing | Cumulative Total | Riskless Rate | Interest |
|---|---|---|---|---|
| 2001 | 58,505,770 | - | 5.8% | 3,393,335 |
| 2002 | 58,505,770 | 61,899,105 | 4.8% | 2,971,157 |
| 2003 | 58,505,770 | 64,870,262 | 5.1% | 3,308,383 |
| 2004 | 58,505,770 | 68,178,645 | 4.8% | 3,272,575 |
| 2005 (Jan- April) | 58,505,770 | 71,451,220 | 4.6% | 1,095,585 |
| May 2005- April 2006 | 58,505,770 | 71,451,220 | 9.0% | 6,430,610 |
| May 2006- April 2007 | 58,505,770 | 71,451,220 | 9.0% | 6,430,610 |
| May 2007- April 2008 | 58,505,770 | 71,451,220 | 9.0% | 6,430,610 |
| May 2008- April 2009 | 58,505,770 | 71,451,220 | 9.0% | 6,430,610 |
| | | | | 39,763,475 |



DEFENDANT'S EXHIBIT
DARLA D. THOMPSON
CCR, RPR, IL CSR

**2002 Revenue Sharing**

| Year | Revenue Sharing | Cumulative Total | Riskless Rate | Interest |
|---|---|---|---|---|
| 2002 | 52,234,012 | - | 4.8% | 2,507,233 |
| 2003 | 52,234,012 | 54,741,245 | 5.1% | 2,791,803 |
| 2004 | 52,234,012 | 57,533,048 | 4.8% | 2,761,586 |
| 2005 (Jan- April) | 52,234,012 | 60,294,634 | 4.6% | 924,518 |
| May 2005- April 2006 | 52,234,012 | 61,219,152 | 9.0% | 5,509,724 |
| May 2006- April 2007 | 52,234,012 | 61,219,152 | 9.0% | 5,509,724 |
| May 2007- April 2008 | 52,234,012 | 61,219,152 | 9.0% | 5,509,724 |
| May 2008- April 2009 | 52,234,012 | 61,219,152 | 9.0% | 5,509,724 |
|  |  |  |  | 31,024,035 |

**2003 Revenue Sharing**

| Year | Revenue Sharing | Cumulative Total | Riskless Rate | Interest |
|---|---|---|---|---|
| 2003 | 45,304,117 | - | 5.1% | 2,310,510 |
| 2004 | 45,304,117 | 47,614,627 | 4.8% | 2,285,502 |
| 2005 (Jan- April) | 45,304,117 | 49,900,129 | 4.6% | 765,135 |
| May 2005- April 2006 | 45,304,117 | 50,665,264 | 9.0% | 4,559,874 |
| May 2006- April 2007 | 45,304,117 | 50,665,264 | 9.0% | 4,559,874 |
| May 2007- April 2008 | 45,304,117 | 50,665,264 | 9.0% | 4,559,874 |
| May 2008- April 2009 | 45,304,117 | 50,665,264 | 9.0% | 4,559,874 |
|  |  |  |  | 23,600,642 |

**2004 Revenue Sharing**

| Year | Revenue Sharing | Cumulative Total | Riskless Rate | Interest |
|---|---|---|---|---|
| 2004 | 39,819,786 | - | 4.8% | 1,911,350 |
| 2005 (Jan- April) | 39,819,786 | 41,731,136 | 4.6% | 639,877 |
| May 2005- April 2006 | 39,819,786 | 41,731,136 | 9.0% | 3,755,802 |
| May 2006- April 2007 | 39,819,786 | 41,731,136 | 9.0% | 3,755,802 |
| May 2007- April 2008 | 39,819,786 | 41,731,136 | 9.0% | 3,755,802 |
| May 2008- April 2009 | 39,819,786 | 41,731,136 | 9.0% | 3,755,802 |
|  |  |  |  | 17,574,436 |

**05 (Jan- April) Revenue Sharing**

| Year | Revenue Sharing | Cumulative Total | Riskless Rate | Interest |
|---|---|---|---|---|
| 2005 (Jan- April) | 17,424,409 | - | 4.6% | 267,174 |
| May 2005- April 2006 | 17,424,409 | 17,691,583 | 9.0% | 1,592,242 |
| May 2006- April 2007 | 17,424,409 | 19,283,826 | 9.0% | 1,735,544 |
| May 2007- April 2008 | 17,424,409 | 21,019,370 | 9.0% | 1,891,743 |
| May 2008- April 2009 | 17,424,409 | 22,911,113 | 9.0% | 2,062,000 |
|  |  |  |  | 7,548,705 |

Total Interest      148,492,271